PD-1567-15

PD-1567-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/3/2015 3:41:51 PM
Accepted 12/4/2015 12:39:31 PM
ABEL ACOSTA
CLERK

PDR No. _____

Appeal No. **05-14-00214-CR**

Trial Court No. F12-71255-V

| | | |
|---|---|---|
| ANTHONY T. SMITH | § | IN THE **COURT OF** |
| | § | |
| vs | § | **CRIMINAL APPEALS**, |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

# MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, ANTHONY T. SMITH, petitioner, and files this motion for an extension of **30** days in which to file his petition for discretionary review. In support of this motion, Petitioner would show the court the following:

## I.

Petitioner entered a plea of not guilty to charges of aggravated assault with a deadly weapon. Petitioner requested a trial before a jury, wherein the jury found him guilty. The court assessed punishment at 10 years confinement in prison.

Timely appeal was made.

.

## II.

The Fifth District Court of Appeals affirmed the conviction in an opinion dated **June 22d, 2015**. Petitioner filed a timely motion for rehearing. That motion was denied by the Dallas court on **November 3d, 2015**.

## III.

Petitioner requests an extension of **30 days**.

IV.

Petitioner has not filed any previous request for extension of time.

V.

Petitioner's Motion is based upon the following facts: Petitioner's attorney, William R. Barr, was preparing for jury trial in *State v. Emmanuel Duchane*, F14-35121-R and *State v. Lavar Taylor*, F15-54654-S; open plea in *State v. Roberto Torres*, F11-33626-T.

VI.

WHEREFORE, movant prays the court grant this motion and extend the deadline for filing Petitioner's PDR to **January 2d, 2015.**

Respectfully submitted,

William R. Barr
Attorney at Law
P.O.Box 595153
Dallas, Texas 75359-5153
(214) 417-4961
Bar Card No. 01802800

CERTIFICATE OF SERVICE

I hereby certify to the Court that a true copy of the above MOTION FOR EXTENSION OF TIME TO FILE PDR was served on the District Attorney of Dallas County by email service on this **3d** day of **December 2015**.

William R. Barr